

*Christopher L. Austin*
*Clerk of Court*

*126 U.S. Courthouse*
*517 E Wisconsin Ave.*
*Milwaukee, WI 53202-4581*
*414-297-3291*
*FAX 414-297-4040*
*www.wieb.uscourts.gov*

*United States Bankruptcy Court*
*Eastern District of Wisconsin*
*Office of the Clerk*

# NOTICE OF DEFICIENT MATRIX

To:

Debtor's Name:

Joint Debtor's Name:

Case Number:

Chapter:                    Judge:

Original Matrix was filed    ☐ e-mail      ☐ disk      ☐ paper      ☐ none

The matrix is deficient for the reason(s) checked below.

☐ Send matrix via e-mail or submit a 3 1/2 inch or CD-ROM disk.

☐ Only one matrix is to appear in each e-mail or disk.

☐ Label the exterior of the disk with the debtor's last name and creditor count.

☐ File on the disk must be named: **matrix.**

☐ If using e-mail, the subject line must contain the debtor's name.

☐ Acceptable formats not followed, see the Appendix to the Local Rules.

☐ Other: _____

_____

**MATRIX DUE BY:** _____

Dated:

See the Appendix to the Local Rules
www.wieb.uscourts.gov

CHRISTOPHER L. AUSTIN
            Clerk of Court

By:

        Deputy Clerk