

*Christopher L. Austin*
*Clerk of Court*

*United States Bankruptcy Court*
*Eastern District of Wisconsin*
*Office of the Clerk*

*126 U.S. Courthouse*
*517 E Wisconsin Ave.*
*Milwaukee, WI 53202-4581*
*414-297-3291*
*FAX 414-297-4040*
*www.wieb.uscourts.gov*

# NOTICE OF DEFICIENT MATRIX

To: Norman P. Moore, Jr.
418 Wisconsin Ave.
Gladstone MI 49837

Debtor's Name: Carrie Lynn Brimer
Joint Debtor's Name:
Case Number: 2005-42855
Chapter: 7    Judge: SVK

Original Matrix was filed   ☐ e-mail   ☑ disk   ☑ paper   ☐ none

The matrix is deficient for the reason(s) checked below.

☑ Send matrix via e-mail or submit a 3 1/2 inch or CD-ROM disk.
☐ Only one matrix is to appear in each e-mail or disk.
☐ Label the exterior of the disk with the debtor's last name and creditor count.
☐ File on the disk must be named: **matrix.**
☐ If using e-mail, the subject line must contain the debtor's name.
☑ Acceptable formats not followed, see the Appendix to the Local Rules.
☑ Other: Disk is not formatted.

**MATRIX DUE BY:** October 31, 2005

Dated: October 14, 2005

CHRISTOPHER L. AUSTIN
Clerk of Court

By: Vicki M. Heindl
Deputy Clerk

See the Appendix to the Local Rules
www.wieb.uscourts.gov

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
**11487 Sunset Hills Road**
**Reston, Virginia 20190-5234**

# CERTIFICATE OF SERVICE

```
District/off: 0757-2          User: vmh              Page 1 of 1              Date Rcvd: Oct 15, 2005
Case: 05-42855                Form ID: pdf2          Total Served: 3

The following entities were served by first class mail on Oct 18, 2005.
db         +Carrie Lynn Brimer,   330 Water St,   Marinette, WI 54143-2717
aty        +Norman P. Moore, Jr.,   418 Wisconsin Ave.,   Gladstone, MI 49837-1831
ust        +Office Of the U. S. Trustee,   517 East Wisconsin Ave.,   Room 430,   Milwaukee, WI 53202-4510

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 18, 2005**         Signature: _Joseph Speetjens_